**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| GS HOLISTIC, LLC, | ) |
| | ) Civil Action No.: |
| Plaintiff, | ) 2:24-cv-12332-BRM-APP |
| | ) |
| vs. | ) Hon. Judge Brandy R. McMillion |
| | ) Hon. Magistrate Judge Anthony P. Patti |
| FOX TOBACCO CHESTERFIELD LLC | ) |
| d/b/a URBAN SMOKE and AMAR | ) |
| TOMA | ) |
| Defendants. | ) |
| | ) |

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS FOX TOBACCO CHESTERFIELD LLC d/b/a URBAN SMOKE AND AMAR TOMA TO RESPOND TO PLAINTIFF GS HOLISTIC'S COMPLAINT**

This matter coming before the Court upon the Stipulation of Plaintiff, GS HOLISTIC, LLC and Defendants, FOX TOBACCO CHESTERFIELD LLC d/b/a URBAN SMOKE and AMAR TOMA whereby the parties stipulate that the Defendants be allowed an extension until November 27, 2024, to respond to Plaintiff's Complaint, ECF No. 1.

**IT IS HEREBY ORDERED** that the time for Defendants to respond to Plaintiff's Complaint (ECF No. 1) is extended to and including **November 27, 2024**.

**IT IS SO ORDERED**:

Dated: November 14, 2024

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

So Stipulated:

GS HOLISTIC, LLC

*/s/David Lawerence Perry, II, by John VanOphem with permission*

David Lawrence Perry, II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441
954-570-6757
Email: Serv608@legalbrains.com

*Attorneys for Plaintiff*

FOX TOBACCO CHESTERFIELD, LLC and AMAR TOMA

*/s/ John VanOphem*

John VanOphem (P48804)
VanOphem IP Law, P.L.C.
1585 S Hickory Ridge Rd
Milford, MI 48380
Telephone: (248) 931-01090
E-mail john@vanophemioplaw.com

*Attorneys for Defendants*

Dated: November 13, 2024