**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GS HOLISTIC LLC,

Case No. 24-cv-12332
Hon. Brandy R. McMillion

Plaintiff,

v.

FOX TOBACCO CHESTERFIELD LLC, ET AL.,

Defendants.
_______________________________________/

**ORDER DIRECTING PLAINTIFF TO SECURE LOCAL COUNSEL**

On September 6, 2024, David Lawrence Perry, II appeared in this case (ECF No. 1). Mr. Perry is an attorney with offices in Deerfield Beach, FL. The Court notes that Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1). In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, the Court **ORDERS** Plaintiff to secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **January 3, 2025.**

**IT IS SO ORDERED.**

Dated: December 3, 2024

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge