**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GS HOLISTIC, LLC,

Plaintiff,

v.

FOX TOBACCO CHESTERFIELD LLC d/b/a URBAN SMOKE and AMAR TOMA

Defendants.

Case No. 2:24-cv-12332
Hon. Brandy R. McMillion

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court upon the parties' Stipulation of Dismissal, and the Court being otherwise fully advised on the premises;

**IT IS HEREBY ORDERED** that this case is **Dismissed with Prejudice**, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: August 20, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
UNITED STATES DISTRICT JUDGE